B1 (Official Form 1)(1/08)

| United States Bankruptcy Court<br>Southern District of New York | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**KDJ Advertising, LLC** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**83-0373602** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**44 Wall Street, 12th Floor**<br>**New York, NY**<br>ZIP Code **10005** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**New York** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

| Type of Debtor<br>(Form of Organization)<br>(Check one box) | Nature of Business<br>(Check one box) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>See Exhibit D on page 2 of this form.<br>■ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>■ Other | ☐ Chapter 7<br>☐ Chapter 9<br>■ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13<br>☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding |
| | Tax-Exempt Entity<br>(Check box, if applicable)<br>☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | Nature of Debts<br>(Check one box)<br>☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose." ■ Debts are primarily business debts. |

| Filing Fee (Check one box) | Chapter 11 Debtors |
|---|---|
| ■ Full Filing Fee attached<br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

| Statistical/Administrative Information | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ■ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**KDJ Advertising, LLC** | |
|---|---|---|
| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
| Location Where Filed: **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |
| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
| Name of Debtor: **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

### Exhibit A

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)

☐ Exhibit A is attached and made a part of this petition.

### Exhibit B
(To be completed if debtor is an individual whose debts are primarily consumer debts.)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).

X_____
    Signature of Attorney for Debtor(s)     (Date)

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

■    Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐    There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐    Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐    Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐    Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐    Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐    Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| | |
|---|---|
| **B1 (Official Form 1)(1/08)** | Page 3 |

| **Voluntary Petition** | Name of Debtor(s): |
| *(This page must be completed and filed in every case)* | **KDJ Advertising, LLC** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

Telephone Number (If not represented by attorney)

Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Attorney*

X *[signature]*
Signature of Attorney for Debtor(s)

**Lawrence Morrison**
Printed Name of Attorney for Debtor(s)

**Meister Seelig & Fein**
Firm Name

**140 E. 45th Street**
**19th Floor**
**New York, NY 10017**
Address

**212-655-3500  Fax: 212-655-3538**
Telephone Number

**January 14, 2010**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X *[signature]*
Signature of Authorized Individual

**Thomas Score**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

**January 14, 2010**
Date

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Southern District of New York

In re   KDJ Advertising, LLC                                    Case No. _____
                                    Debtor(s)                   Chapter    11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) *Name of creditor and complete mailing address including zip code* | (2) *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3) *Nature of claim (trade debt, bank loan, government contract, etc.)* | (4) *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5) *Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| 30 fps<br>111 Glen Street<br>Glen Cove, NY 11542 | 30 fps<br>111 Glen Street<br>Glen Cove, NY 11542 | | | 30,435.00 |
| American Express Co.<br>P.O. Box 2855<br>New York, NY 10116-2855 | American Express Co.<br>P.O. Box 2855<br>New York, NY 10116-2855 | | | 29,346.86 |
| American Express Co.<br>P.O. Box 2855<br>New York, NY 10116-2855 | American Express Co.<br>P.O. Box 2855<br>New York, NY 10116-2855 | | | 9,020.00 |
| Cablevision<br>P.O. Box 19301<br>Newark, NJ 07195-0301 | Cablevision<br>P.O. Box 19301<br>Newark, NJ 07195-0301 | | | 15,317.00 |
| Cision US, Inc.<br>P.O. Box 19301<br>Newark, NJ 07195-0301 | Cision US, Inc.<br>P.O. Box 19301<br>Newark, NJ 07195-0301 | | | 6,876.07 |
| DTCC<br>55 Water Street - 3rd Floor<br>New York, NY 10014-0099 | DTCC<br>55 Water Street - 3rd Floor<br>New York, NY 10014-0099 | | | 14,154.43 |
| Fox Business Network<br>c/o Bank of America<br>15094 Collection Center Drive<br>Chicago, IL 60693 | Fox Business Network<br>c/o Bank of America<br>15094 Collection Center Drive<br>Chicago, IL 60693 | | | 3,459.50 |
| Herald National Bank<br>58 South Service Road<br>Suite 110<br>Melville, NY 11747 | Herald National Bank<br>58 South Service Road<br>Suite 110<br>Melville, NY 11747 | | | 245,000.00<br><br>(0.00 secured) |
| Herbert Lithographers, Inc.<br>3333 Lawson Blvd.<br>Oceanside, NY 11572-3711 | Herbert Lithographers, Inc.<br>3333 Lawson Blvd.<br>Oceanside, NY 11572-3711 | | | 6,800.00 |
| HERO<br>46 Call Hollow Road<br>Pomona, NY 10970 | HERO<br>46 Call Hollow Road<br>Pomona, NY 10970 | | | 3,336.40 |
| Hitchcock & Cummings<br>757 Third Avenue<br>New York, NY 10017 | Hitchcock & Cummings<br>757 Third Avenue<br>New York, NY 10017 | | | 4,399.85 |

B4 (Official Form 4) (12/07) - Cont.

In re  KDJ Advertising, LLC  
Debtor(s)

Case No. _____

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| NBC Universal<br>30 Rockefeller Plaza<br>New York, NY 10112 | NBC Universal<br>30 Rockefeller Plaza<br>New York, NY 10112 | | | 80,599.00 |
| New York Islanders<br>1535 Old Country Rd.<br>Plainview, NY 11803 | New York Islanders<br>1535 Old Country Rd.<br>Plainview, NY 11803 | | | 621,500.00 |
| Newsday<br>25 Deshon Drive<br>Melville, NY 11747 | Newsday<br>25 Deshon Drive<br>Melville, NY 11747 | | | 35,292.44 |
| NY Radio Assets, LLC (WABC)<br>P.O. Box 406088<br>Atlanta, GA 30384-6088 | NY Radio Assets, LLC (WABC)<br>P.O. Box 406088<br>Atlanta, GA 30384-6088 | | | 52,360.00 |
| Professional Mariner<br>P.O. Box 569<br>Portland, ME 04112 | Professional Mariner<br>P.O. Box 569<br>Portland, ME 04112 | | | 11,367.00 |
| Steve Weinstein<br>P.O. Box 117<br>Yorktown Heights, NY 10598 | Steve Weinstein<br>P.O. Box 117<br>Yorktown Heights, NY 10598 | | | 3,900.00 |
| WALK-FM<br>Clear Channel Broadcasting Inc<br>3993 Collections Center Drive<br>Chicago, IL 60693 | WALK-FM<br>Clear Channel Broadcasting Inc<br>3993 Collections Center Drive<br>Chicago, IL 60693 | | | 11,453.75 |
| WMUR<br>P.O. Box 845819<br>Boston, MA 02284-5819 | WMUR<br>P.O. Box 845819<br>Boston, MA 02284-5819 | | | 12,750.00 |
| Yahoo!<br>P.O. Box 3003<br>Carol Stream, IL 60132-3003 | Yahoo!<br>P.O. Box 3003<br>Carol Stream, IL 60132-3003 | | | 18,211.74 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  January 14, 2010            Signature  /s/ Thomas Score  
                                             Thomas Score  
                                             President

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.  
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Southern District of New York

In re    __KDJ Advertising, LLC__                  Case No. _____
                                              Debtor(s)             Chapter    __11__

## VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    __January 14, 2010__                /s/ Thomas Score
                                                            **Thomas Score/President**
                                                            Signer/Title

30 FPS
111 GLEN STREET
GLEN COVE, NY 11542


AMERICAN EXPRESS CO.
P.O. BOX 2855
NEW YORK, NY 10116-2855


CABLEVISION
P.O. BOX 19301
NEWARK, NJ 07195-0301


CISION US, INC.
P.O. BOX 19301
NEWARK, NJ 07195-0301


DAN'S PAPERS
P.O. BOX 630
BRIDGEHAMPTON, NY 11932


DTCC
55 WATER STREET - 3RD FLOOR
NEW YORK, NY 10014-0099


FOX BUSINESS NETWORK
C/O BANK OF AMERICA
15094 COLLECTION CENTER DRIVE
CHICAGO, IL 60693


GIRL SCOUTS OF SUFFOLK COUNTY
442 MORELAND DRIVE
COMMACK, NY 11725


HERALD NATIONAL BANK
58 SOUTH SERVICE ROAD
SUITE 110
MELVILLE, NY 11747


HERBERT LITHOGRAPHERS, INC.
3333 LAWSON BLVD.
OCEANSIDE, NY 11572-3711


HERO
46 CALL HOLLOW ROAD
POMONA, NY 10970

HITCHCOCK & CUMMINGS
757 THIRD AVENUE
NEW YORK, NY 10017


INTABORO
88-19 101ST AVE.
OZONE PARK, NY 11416


KOREA TIMES NEW YORK
42-22 27TH STREET
LONG ISLAND CITY, NY 11101


LONG ISLAND JEWISH WORLD
78 RANDALL AVENUE
ROCKVILLE CENTRE, NY 11570-3922


LONG ISLAND PARENT
152 WEST 19TH STREET
HUNTINGTON STATION, NY 11746


NBC UNIVERSAL
30 ROCKEFELLER PLAZA
NEW YORK, NY 10112


NEW YORK ISLANDERS
1535 OLD COUNTRY RD.
PLAINVIEW, NY 11803


NEW YORK TEACHER
800 TROY-SCHENECTADY ROAD
LATHAM, NY 12110-2455


NEWSDAY
25 DESHON DRIVE
MELVILLE, NY 11747


NY METRO PARENTS
1440 BROADWAY, SUITE 501
NEW YORK, NY 10018


NY RADIO ASSETS, LLC (WABC)
P.O. BOX 406088
ATLANTA, GA 30384-6088

POLAND SPRING
P.O. BOX 856192
LOUISVILLE, KY 40285-6192


PROFESSIONAL MARINER
P.O. BOX 569
PORTLAND, ME 04112


RYWEL MEDIA SALES, INC.
65 POLO ROAD
MASSAPEQUA, NY 11758


SHOWCASE MAGAZINE
7 HILTON PLACE
MONTVALE, NJ 07645


STEVE WEINSTEIN
P.O. BOX 117
YORKTOWN HEIGHTS, NY 10598


THE JEWISH PRESS
338 3RD AVE.
BROOKLYN, NY 11215-1587


TIMES/REVIEW NEWSPAPERS
7785 MAIN RD., P.O. BOX 1500
MATTITUCK, NY 11952


WALK-FM
CLEAR CHANNEL BROADCASTING INC
3993 COLLECTIONS CENTER DRIVE
CHICAGO, IL 60693


WEBISTIX, INC.
1180 LINCOLN AVE. - SUITE 6
HOLBROOK, NY 11741


WEDDING SITES & SERVICES
P.O. BOX 355
SMITHTOWN, NY 11787-0355


WMUR
P.O. BOX 845819
BOSTON, MA 02284-5819

WPLJ RADIO LLC
P O BOX 406073
ATLANTA, GA 30384-6073


XEROX (403 E. MAIN)
PO BOX 827598
PHILADELPHIA, PA 19182-7598


YAHOO!
P.O. BOX 3003
CAROL STREAM, IL 60132-3003


YOURLI.COM
234 AIRPORT PLAZA
SUITE 5
FARMINGDALE, NY 11735

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
———————————————————————X
In re:                                                    Chapter 11

KDJ Advertising, LLC,
                                                          **AFFIDAVIT PURSUANT TO**
                    Debtor.                               **LOCAL BANKRUPTCY RULE 1007-2**
———————————————————————X

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

Thomas Score, being duly sworn, deposes and says:

1. I am the President of KDJ Advertising, LLC (the "Debtor") and as such I am fully familiar with the Debtor's business, financial information, and the facts set forth herein. I have been duly authorized to submit this affidavit, which is hereby submitted in accordance with Rule 1007-2 of the Local Bankruptcy Rules for Southern District of New York.

2. On January 15, 2010, the Debtor will file a voluntary Petition for relief under Chapter 11 of the Bankruptcy Code. KDJ Advertising, LLC is an advertising and marketing agency, formed in 2003 and based in New York, specializing in the financial, professional services and business-to-business sectors.

3. The circumstances leading to the Debtor's filing of its Petition under chapter 11 of the Bankruptcy Code were precipitated by a prominent and general decline in worldwide advertising and the financial industry due to the nation's broad economic downturn. With its core clients coming from the financial community, KDJ saw a swift reduction in revenues as the worldwide economic crisis unfolded. Revenues plummeted 64% between 2007 and 2009. In reaction, KDJ trimmed expenses where feasible while maintaining as many jobs as possible. Outside investors and other financing schemes were pursued, along with expanded marketing

efforts. These initiatives were unsuccessful. Compounded by significant bad debt losses, and an ongoing inability to replace revenue, the company was forced to lay off the remainder of its staff on January 8, 2010, and seek reorganization under Chapter 11 protection.

4.  No prior case has been commenced by or against the Debtor under either chapters 7 or 13 of the Bankruptcy Code.

5.  Upon information and belief, as of the date hereof, there has not been a formation of a committee of unsecured creditors.

6.  Pursuant to LBR 1007-2(a)(4), a list containing the names and addresses of what I believe to be the twenty largest unsecured creditors, excluding insiders, will be filed within 14 days of the filing of the Debtor's Chapter 11 Petition.

7.  Pursuant to LBR 1007-2(a)(5), the holders of the five largest secured creditors will be set forth in Schedule D which will be filed within 14 days of the filing of the Debtor's Chapter 11 Petition.

8.  Pursuant to LBR 1007-2(a)(6), an approximate summary of Debtor's assets and liabilities will be set forth in Schedules B, D, E and F which will be filed within 14 days of the filing of the Debtor's Chapter 11 Petition. The Debtor has no securities that are publicly held. The Debtor is a privately held corporation.

9.  Pursuant to LBR 1007-2(a)(7), the shareholders are:

    a.  Thomas Score (47.5%)

    b.  Patricia Score (47.5%)

    c.  Kevin E. Franz (5%)

10. Pursuant to LBR 1007-2(a)(8), to the best of my knowledge, there is no property of the Debtor in the possession of any public officer, receiver, trustee, pledge, assignee of rents,

liquidator, secured creditor, or agent of any such person.

11. Pursuant to LBR 1007-2(a)(9), the Debtor leases the premises at 44 Wall Street, 12th Floor, New York, New York 10005. The Debtor also leases the premises at 403 East Main Street, Port Jefferson, New York 11777.

12. Pursuant to LBR 1007-2(a)(10), all of the Debtor's assets, books and records are maintained by me at 403 East Main Street, Port Jefferson, New York 11777.

13. Pursuant to LBR 1007-2(a)(11), there is no action or proceeding, pending or threatened against the Debtor.

14. Pursuant to LBR 1007-2(a)(12), the Debtor's existing senior management consists of President, Thomas Score who is responsible for all day to day operations.

15. Pursuant to LBR 1007-2(b)(1), the Debtor has 1 full-time employee and its estimated amount of weekly payroll to employees for the 30 day period following the filing of the chapter 11 petition is $2,000.

16. It is the Debtor's intention to file a plan of reorganization providing any payments to be made to creditors over time. The Debtor will be operating for the 30-day period following the filing of the Chapter 11 Petition.

17. I believe that under the supervision of the bankruptcy court the Debtor will be able to pay its creditors more than they would receive if it went through a forced chapter 7 liquidation.

_____
Thomas Score

Sworn to before me this 14th
day of January, 2010

_____
Notary Public
State of New York

Daun A. Yearwood
Notary Public, State of New York
Qualified in the County of Nassau
No. 01YE5026271
Commission Expires 11/15/2010

3